
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DIANE HARRIS,** )  )  **Plaintiff,** )  ) vs. )  ) **WAL-MART STORES EAST, L.P.,** )  )  **Defendant.** ) | **Civil Action No. 5:18-CV-0886-CLS** |

## ORDER AND FINAL JUDGMENT

This case is before the court on defendant's motion for summary judgment (doc. no. 22), and defendant's motion to strike the affidavit of Dexter Morris and preclude plaintiff from using Morris as a witness in this case (doc. no. 29).

In accordance with the memorandum opinion entered contemporaneously herewith, the motion to strike is GRANTED. It is ORDERED that Dexter Morris's affidavit and its attachments (doc. no. 28-2) are STRICKEN. Plaintiff may not rely upon Morris's testimony for any purpose.

Defendant's motion for summary judgment also is GRANTED, and it is ORDERED, ADJUDGED, and DECREED that all claims embraced herein be, and the same hereby are, DISMISSED with prejudice. Costs are taxed to plaintiff. The clerk is directed to close this file.

DONE this 29th day of July, 2019.

_____
United States District Judge